UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.

GEREMY ANTHONY TORRES,

                              Defendant.

No.  2:14CR215 JAM

**Schedule for Disclosure of
Presentence Report and for Filing of
Objections to the Presentence Report**

The Probation Officer and all parties shall adhere to this schedule
unless it is later modified by this Court.

Date of Referral to Probation Officer:

December 2, 2014
(Date of Plea or Verdict)

Judgment and Sentencing Date:

March 10, 2015 @ 9:30 A.M.
(At least 14 weeks after plea)

Reply, or Statement of Non-Opposition:

March 3, 2015
(1 week before sentencing)

Motion for Correction of the Presentence Report Shall
be Filed with the Court and Served on the Probation
Officer and Opposing Counsel no Later Than:

February 24, 2015
(2 weeks before sentencing)

The Pre-Sentence Report Shall be Filed with the
Court and Disclosed to Counsel no Later Than:

February 17, 2015
(3 weeks before sentencing)

Counsel's Written Objections to the Presentence
Report Shall be Delivered to the Probation Officer and
Opposing Counsel no Later Than:

February 10, 2015
(4 weeks before sentencing)

The Proposed Presentence Report Shall be Disclosed
to Counsel no Later Than:

January 27, 2015
(6 weeks before sentencing)

COPIES OF THIS SCHEDULE SENT VIA CM/ECF TO:

( x )   AUSA
( x )   Defense Counsel
( x )   USPO

Dated: December 2, 2014

By:   /s/ HARRY VINE_____
        HARRY VINE, Courtroom Deputy